IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TERENCE M. GUNDERSON,<br><br>Petitioner,<br><br>vs.<br><br>ELEANOR BROWN,<br><br>Respondent. | No. C06-0119-LRR<br><br>INITIAL REVIEW ORDER |

This matter is before the court pursuant to the petitioner's application for a writ of habeas corpus and application for appointment of counsel. The petitioner filed both applications on August 14, 2006. The petitioner paid the statutory filing fee. *See* 28 U.S.C. § 1914(a) (requiring $5.00).

Currently confined at the Gerald Hinzman Center in Cedar Rapids, Iowa, the petitioner brings this action under 28 U.S.C. § 2241 to challenge the legality of his placement. The respondent is directed to file an answer to the application for a writ of habeas corpus by no later than November 21, 2006. In addition, the Clerk of Court is directed to send a copy of this order to the United States Attorney.

With respect to the petitioner's application for appointment of counsel, the court does not believe counsel is warranted. *See Abdullah v. Gunter*, 949 F.2d 1032, 1035 (8th Cir. 1991) (setting forth factors to be considered for appointment of counsel in civil case); *see also Wiggins v. Sargent*, 753 F.2d 663, 668 (8th Cir. 1985) (stating an indigent litigant enjoys neither a statutory nor a constitutional right to have counsel appointed in a civil case); *Day v. United States*, 428 F.2d 1193, 1195 (8th Cir. 1970) ("The Sixth Amendment does not extend to persons seeking post conviction relief." (citing *Baker v. United States*,

334 F.2d 444, 447 (8th Cir. 1964))). Accordingly, the petitioner's application for appointment of counsel is denied.

**IT IS SO ORDERED.**
**DATED** this 21st day of September, 2006.

                                         John A. Jarvey
                                         Chief Magistrate Judge
                                         UNITED STATES DISTRICT COURT